# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0018
Lower Tribunal No. 2020-CF-001086-A-O

_____

TREVION MALIK GUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

February 11, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Trevion Malik Gunn, Bristol, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED